**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-02382-LTB

MARISOL SILVA,

  Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

  Defendant.
_____

**ORDER**
_____

  THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 6 - filed November 10, 2014), and the Court being fully advised in the premises, it is therefore

  ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

          BY THE COURT:

            s/Lewis T. Babcock_____
          Lewis T. Babcock, Judge

DATED:   November 12, 2014